ROSE MAHONY, Appellant, v. BEST & COMPANY, Respondent.— Orders denying plaintiff's motion to strike out amended answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

WALTER L. McLEAN, Respondent, v. LINCOLN C. ANDREWS, as Receiver, etc., of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FREDERICK METZGER, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM METZGER, an Infant, etc., by FREDERICK METZGER, His Guardian ad Litem, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN F. MORGAN, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order granting motion for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., dissents.

NATALE NATANI and Another, Copartners, etc., Respondents, v. JOHN J. PLOWMAN, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion to change venue granted, with ten dollars costs. The cause of action arose in Orleans county, and hence such circumstances should control the place of trial in an action of this character. (See *Cole* v. *Ocean Accident & Guarantee Corp., Ltd.*, 179 App. Div. 442; *Mencke* v. *Goldberg*, 208 id. 820; *Schwartz* v. *Wilbur*, 211 id. 806.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JOHN NEMIA, Respondent, v. UNITED STATES OF AMERICA and Another, Defendants, Impleaded with MICHAEL VALLENE and Others, Doing Business under the Registered Trade Name of HAMILTON MARINE CONTRACTING COMPANY and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning and Young, JJ.

DENIS O'LEARY, Respondent, v. DAVID FRIEDMAN and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM BERNSTEIN, Appellant.—Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE DEMASCO, Appellant.— Judgment of conviction of the County Court of Nassau county and order denying motion for a new trial affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.